O

# United States District Court
# Central District of California

| | |
|---|---|
| In re EAGAN AVENATTI LLP,<br><br>　　　　Debtor.<br>―――――――――――――――――――<br>RICHARD A. MARSHACK, as Chapter 7 Trustee for Eagan Avenatti, LLP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE X-LAW GROUP, P.C., et al.,<br><br>　　　　Defendants. | Case No. 8:21-cv-01631-ODW<br><br>**FINAL JUDGMENT**<br><br>Bankruptcy Case No.: 8:19-bk-13560-SC<br>Adversary Case No.: 8:20-ap-01086-SC<br>Related Case No.: 8:21-cv-00336-ODW |

　　　On October 4, 2021, The X-Law Group, P.C., Filippo Marchino, and Elba Hernandez (collectively, "Moving Defendants") initiated this related action, seeking to withdraw the reference of their adversary proceeding, case number 8:20-ap-01086-SC (the "Adversary Proceeding") from the Bankruptcy Court so that it can be heard as a civil case before this Court. (Mot. Withdraw Reference ("Withdrawal Motion"), ECF No. 1.)  On December 10, 2021, this Court denied as untimely Moving Defendants' Motion to Withdraw the Reference. (Order Den. Mot. Withdraw ("Denial Order"), ECF No. 17.)  On December 27, 2021, Moving Defendants filed a

Motion for Reconsideration of the Court's Denial Order, arguing that the Court committed clear error in denying the Withdrawal Motion. (Mot. Reconsideration, ECF No. 18.) On June 2, 2022, the Court denied Moving Defendants' Motion for Reconsideration.

It is therefore **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court will not withdraw the reference of the Adversary Proceeding from the Bankruptcy Court as Moving Defendants' Withdrawal Motion was untimely; and

2. This Court did not commit clear error in denying the Withdrawal Motion as untimely.

The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

June 2, 2022

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**